**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Woodman Investment Group LLC** | |

**2.** All other names debtor used in the last 8 years

Include any assumed names, trade names and *doing business as* names

**3.** Debtor's federal Employer Identification Number (EIN)  **45-4780448**

**4.** Debtor's address

**Principal place of business**

**6801 - 6817 Woodman Avenue**
**Van Nuys, CA 91405**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

**4312 Woodman Avenue, #250**
**Sherman Oaks, CA 91423**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.** Debtor's website (URL)

**6.** Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Woodman Investment Group LLC**                                    Case number (*if known*) _____
_____Name_____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____  ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes. |

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

Debtor    **Woodman Investment Group LLC**
          Name

Case number (*if known*) _____

| List all cases. If more than 1, attach a separate list | Debtor | 620 Arkell Drive House, LLC | Relationship | **common ownership** |
|---|---|---|---|---|
| | District | Central District of California, San Fernando Valley Division | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Woodman Investment Group LLC**                                    Case number (if known) _____
_____
Name

| Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     05/02/2025
                  MM / DD / YYYY

X _____        Eli Sasson
Signature of authorized representative of debtor     Printed name

Title    **Managing Member**

**18. Signature of attorney**    X _____        Date 05/02/2025
                                  Signature of attorney for debtor              MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**    Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name  __Woodman Investment Group LLC__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __05/02/2025__    x _____  M.O.A.

Signature of individual signing on behalf of debtor

__Eli Sasson__
Printed name

__Managing Member__
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Woodman Investment Group LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LA Buyer, LLC, current Beneficiary 134 W 25th Street New York, NY 10001 | | 6801 - 6817 Woodman Avenue, Van Nuys, CA 91405 (retail shopping center) | Contingent Unliquidated Disputed | $27,575,399.00 | $12,000,000.00 | $15,575,399.00 |
| LADWP PO Box 30808 Los Angeles, CA 90030 | | Utility bill | | | | $5,651.21 |
| Los Angeles County Treasurer and Tax Collector 225 N. Hill Street POB 512102 Los Angeles, CA 90051 | | 6801 - 6817 Woodman Avenue, Van Nuys, CA 91405 (retail shopping center) | | $24,018.65 | $12,000,000.00 | $24,018.65 |

# United States Bankruptcy Court
## Central District of California

In re    __Woodman Investment Group LLC__

                   Debtor(s)

Case No. _____

Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eli Sasson Living TR DTD 12/11/12**<br>**4312 Woodman Avenue, Ste 250**<br>**Sherman Oaks, CA 91423** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, Eli Sasson, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _05/02/2025_               Signature _____
                                                  Eli Sasson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**620 Arkell Drive House, LLC.**
**Chapter 11 bankruptcy petition filed on May 2, 2025.**
**Central District of CA, San Fernando Valley Division**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Sherman Oaks**_____, California.

Date: _____05/02/2025_____

Eli Sasson
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                     **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor name __Woodman Investment Group LLC__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |

**1.** *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*............................................................................. $    12,000,000.00

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*........................................................................... $    338,987.03

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*............................................................................. $    12,338,987.03

| Part 2: | Summary of Liabilities |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    27,599,417.65

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $    0.00

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$    5,651.21

**4.** **Total liabilities** ...................................................................................................
  Lines 2 + 3a + 3b

$    27,605,068.86

Fill in this information to identify the case:

| Debtor name | Woodman Investment Group LLC |
| --- | --- |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Checking account | 1833 | $107.72 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $107.72

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | Security Deposits from tenants | $254,245.56 |

8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

9.    Total of Part 2.
Add lines 7 through 8. Copy the total to line 81.          $254,245.56

| Debtor | **Woodman Investment Group LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:

| | | | | |
|---|---|---|---|---|
| **$24,633.75 (rent from tenants)** | – | 0.00 | = .... | **$24,633.75** |
| face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$24,633.75**

**Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2020 Range Rover sport | | | **$50,000.00** |
| 47.2.   2003 Mercedes Benz SL 500 | | | **$10,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

| Debtor | **Woodman Investment Group LLC** | Case number *(If known)* |
|---|---|---|
| | <sub>Name</sub> | |

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$60,000.00

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **6801 - 6817 Woodman Avenue, Van Nuys, CA 91405 (retail shopping center)** | fee simple | | Comparables | $12,000,000.00 |

**56.**    **Total of Part 9.**

$12,000,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor    **Woodman Investment Group LLC**
          Name

Case number *(if known)* _____

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    __Woodman Investment Group LLC__    Case number *(if known)* _____
            Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $107.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $254,245.56 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,633.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $60,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $12,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $338,987.03 | + 91b. $12,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,338,987.03 |

Fill in this information to identify the case:

Debtor name **Woodman Investment Group LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **LA Buyer, LLC, current Beneficiary**<br>Creditor's Name<br><br>**134 W 25th Street**<br>**New York, NY 10001**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**8/14/2023**<br>**Last 4 digits of account number**<br>**5702**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. LA Buyer, LLC, current Beneficiary**<br>**2. Los Angeles County** | **Describe debtor's property that is subject to a lien**<br>**6801 - 6817 Woodman Avenue, Van Nuys, CA 91405 (retail shopping center)**<br><br><br>**Describe the lien**<br>**Deed of Trust/Cross-Collateralized with 620 Arkell Avenue Property**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$27,575,399.00** | **$12,000,000.00** |
| **2.2** **Los Angeles County**<br>Creditor's Name<br>**Treasurer and Tax Collector**<br>**225 N. Hill Street**<br>**POB 512102**<br>**Los Angeles, CA 90051**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2025**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**6801 - 6817 Woodman Avenue, Van Nuys, CA 91405 (retail shopping center)**<br><br><br>Describe the lien<br>**Property Taxes**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$24,018.65** | **$12,000,000.00** |

Debtor    **Woodman Investment Group LLC**
_____                    Case number (if known) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$27,599,417.65**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Axos Bank** **Attn: Michelle Barisdale** **4350 La Jolla Village Dr. Ste. 140** **San Diego, CA 92122** | Line  **2.1** | |

Fill in this information to identify the case:

Debtor name  **Woodman Investment Group LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

   **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,651.21 |
|---|---|---|---|

3.1   Nonpriority creditor's name and mailing address
LADWP
PO Box 30808
Los Angeles, CA 90030

Date(s) debt was incurred  **Nov 2025 - March 2025**

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility bill**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,651.21**

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,651.21 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 5,651.21 |

Fill in this information to identify the case:

Debtor name **Woodman Investment Group LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Shopping Center Lease Agreement between Fernando Canuto & Gloria Canuto ("Tenants") and Woodman Investment Group LLC ("Landlord) for premises located at 6805 1/2 Woodman Avenue, Van Nuys, CA for operation of a beauty salon. The lease commenced on September 29, 2011. Per Second Amendment to the Lease, the termination of the lease date shall be September 30, 2027.** | |
|------|---|---|---|
| | State the term remaining | **September 30, 2027** | **Fernando Canuto & Gloria Canuto** |
| | List the contract number of any government contract | | **6805 1/2 Woodman Avenue Van Nuys, CA 91405** |

Debtor 1  **Woodman Investment Group LLC**
    First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement between Invelj, Inc. and Arturo Velasquez ("Tenants") and Woodman Investment Group LLC ("Landlord") for premises located at 6803 Woodman Avenue, #C, Van Nuys, CA 91405.  The premises is used for operation of Money Gram business.  The lease commenced on October 1, 2022 with an end date of August 31, 2025.** | |
| | State the term remaining | **August 31, 2025** | |
| | List the contract number of any government contract | _____ | **Invelj, Inc. and Arturo Velasquez 6803 Woodman Avenue, #C Van Nuys, CA 91405** |

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement between Jivan Kerobyan ("Tenant") and Woodman Investment Group LLC ("Landlord) for premises located at 6807 Woodman Avenue, Van Nuys, CA 91405.  The premises is used to operate a meat store. The lease commenced on October 1, 2024 with an end date of September 30, 2025.  Tenant paid an $8,000 security deposit.** | |
| | State the term remaining | **September 30, 2025** | |
| | List the contract number of any government contract | _____ | **Jivan Kerobyan 6807 Woodman Avenue Van Nuys, CA 91405** |

Debtor 1   **Woodman Investment Group LLC**
          First Name   Middle Name   Last Name                                      Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**              State the name and mailing address for all other parties with
                                                            whom the debtor has an executory contract or unexpired
                                                            lease

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement betweeen Juan Areliz ("Tenant") and Woodman Investment Group LLC ("Landlord") for premises located at 6817 Woodman Avenue, Van Nuys, CA 91405. The premises is used to operate a Mexican restaurant. The lease commenced on January 1, 2025 with a lease termination date of December 31, 2027.** | |
|---|---|---|---|
| | State the term remaining | **December 31, 2027** | |
| | List the contract number of any government contract | | **Juan Areliz**<br>**6817 Woodman Avenue**<br>**Van Nuys, CA 91405** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement between Shafiq Ahmadi and Hamid Abdul ("Tenants") and Woodman Investment Group LLC ("Landlord") for the premises located at 6801 1/4 Woodman Avenue, Van Nuys, CA 91405.  The premises is used to operate a smoke shop. The lease commended on August 1, 2021 with a maturity date of July 31, 2026. Tenants paid a $3,325 security deposit.** | |
|---|---|---|---|
| | State the term remaining | **July 31, 2026** | |
| | List the contract number of any government contract | | **Shafiq Ahmadi and Hamid Abdul**<br>**6801 1/4 Woodman Avenue**<br>**Van Nuys, CA 91405** |

Debtor 1   **Woodman Investment Group LLC**

First Name      Middle Name      Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement between Silvia Caballero ("Tenant") and Woodman Investment Group LLC ("Landlord") for premises located at 6803 1/2 Woodman Avenue, #A, Van Nuys, CA 91405. The lease commenced on June 18, 2019 with a lease termination date of September 30, 2027.** |  |
|---|---|---|---|
| | State the term remaining | **September 30, 2027** | |
| | List the contract number of any government contract | | **Silvia Caballero<br>6803 1/2 Woodman Avenue, #A<br>Van Nuys, CA 91405** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for 6801 1/2 Woodman Avenue, Sherman Oaks, CA 91405 between Shafiq Ahmadi ("Tenant") and Woodman Investment Group LLC ("Landlord") for operation of a cell phone repair shop. Lease commended on May 15, 2024 for a 5 year term and end date of May 14, 2029. Tenant paid a $2,600 security deposit.** |  |
|---|---|---|---|
| | State the term remaining | **May 14, 2029** | |
| | List the contract number of any government contract | | **Universal Cell Phone Repair<br>c/o Shafiq Ahmadi<br>6801 1/2 Woodman Avenue<br>Van Nuys, CA 91405** |

Fill in this information to identify the case:

Debtor name __Woodman Investment Group LLC__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                              Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **620 Arkell Drive House, LLC** | **4312 Woodman Avenue, Ste 250 Sherman Oaks, CA 91423** | **LA Buyer, LLC, current Beneficiary** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **Eli Sasson** | **4312 Woodman Avenue, Ste 250 Sherman Oaks, CA 91423** | **LA Buyer, LLC, current Beneficiary** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |

Fill in this information to identify the case:

Debtor name      **Woodman Investment Group LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other    **Gross receipts** | $107,949.51 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other    **Gross receipts** | $529,677.52 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other    **Gross receipts** | $668,170.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount

Debtor   **Woodman Investment Group LLC**                          Case number *(if known)* _____

may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

---

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **Woodman Investment Group LLC**_____  Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd, 6th Floor<br>Beverly Hills, CA 90212 | | 4/1/2025 | $26,738.00 |
| | Email or website address<br>Michael.Berger@bankruptcypower.com | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Debtor    **Woodman Investment Group LLC**                                          Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

---

**Part 9:    Personally Identifiable Information**

16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Woodman Investment Group LLC**    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service |
|---|---|---|
| | | From-To |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Woodman Investment Group LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Charlene Sarnecki**<br>**4312 Woodman, #250**<br>**Sherman Oaks, CA 91423** | **02/19 - present** |
| 26a.2.   **Brandon Phan**<br>**21709 Merridy Street**<br>**Chatsworth, CA 91311** | **7/1/21 - 8/18/23** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Michael Milam, CPA**<br>**535 N Brand Blvd., 6th Floor** | **20+ years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sassony Commercial Development**<br>**4312 Woodman, #250**<br>**Sherman Oaks, CA 91423** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Axos Bank**<br>**4350 La Jolla Village Dr. Ste. 140**<br>**San Diego, CA 92122** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any any | % of interest, if any |
|---|---|---|---|
| **Eli Sasson** | **Eli Sasson Living TR DTD 12/11/12**<br>**4312 Woodman Avenue, Ste 250**<br>**Sherman Oaks, CA 91423** | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Woodman Investment Group LLC**                                   Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____05/02/2025_____

_____          **Eli Sasson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Woodman Investment Group LLC**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept  A RETAINER OF | $ | **25,000.00** |
| Prior to the filing of this statement I have received A RETAINER OF | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/2/2025

Date

**Michael Jay Berger**
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223   Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐  Debtor(s) appearing without an attorney

■  Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Woodman Investment Group LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _05/02/2025_

_____
Signature of Debtor 1

Date: _____

Date: _05/02/2025_

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                            F 1007-1.MAILING.LIST.VERIFICATION

Woodman Investment Group LLC
4312 Woodman Avenue, #250
Sherman Oaks, CA 91423


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


620 Arkell Drive House, LLC
4312 Woodman Avenue, Ste 250
Sherman Oaks, CA 91423


Axos Bank
Attn: Michelle Barisdale
4350 La Jolla Village Dr. Ste. 140
San Diego, CA 92122


Eli Sasson
4312 Woodman Avenue, Ste 250
Sherman Oaks, CA 91423


Fernando Canuto & Gloria Canuto
6805 1/2 Woodman Avenue
Van Nuys, CA 91405


Invelj, Inc. and Arturo Velasquez
6803 Woodman Avenue, #C
Van Nuys, CA 91405


Jivan Kerobyan
6807 Woodman Avenue
Van Nuys, CA 91405

Juan Areliz
6817 Woodman Avenue
Van Nuys, CA 91405


LA Buyer, LLC, current Beneficiary
134 W 25th Street
New York, NY 10001


LADWP
PO Box 30808
Los Angeles, CA 90030


Los Angeles County
Treasurer and Tax Collector
225 N. Hill Street
POB 512102
Los Angeles, CA 90051


Shafiq Ahmadi and Hamid Abdul
6801 1/4 Woodman Avenue
Van Nuys, CA 91405


Silvia Caballero
6803 1/2 Woodman Avenue, #A
Van Nuys, CA 91405


Universal Cell Phone Repair
c/o Shafiq Ahmadi
6801 1/2 Woodman Avenue
Van Nuys, CA 91405

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>E-mail: **michael.berger@bankruptcypower.com** | |

☑ Attorney for:  Woodman Investment Group LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **Woodman Investment Group LLC**<br><br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,   **Eli Sasson** _____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:

- [✓] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a.　[✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:  Eli Sasson

b.　[ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_05/02/2025_
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name: **Eli Sasson**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT